*E-FILED - 2/28/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE JOHNSON, | No. C 99-20567 RMW (PR) |
| Plaintiff, | ORDER OF DISMISSAL; GRANTING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| KENNETH PRIOR, et al., | |
| Defendants. | (Docket No. 82) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. §1983. On June 4, 2007, mail sent to plaintiff by the court was returned to the clerk of the court with a notation that it was undeliverable. On December 19, 2007, the court referred the instant case to the court's Pro Se Prisoner Settlement Program. On January 17, 2008, defendants[1] filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b). As of the date of this order, plaintiff has not updated his address with the court or communicated with the court since July 2004.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a

---

[1] Defendants Davis, Peralez and Jackson filed the motion to dismiss.

1  complaint when: (1) mail directed to the pro se party by the court has been returned to the
2  court as not deliverable, and (2) the court fails to receive within sixty days of this return a
3  written communication from the pro se party indicating a current address. See L.R. 3-11(b).
4      More than sixty days have passed since the mail sent to plaintiff by the court was
5  returned as undeliverable. The court has not received a notice from plaintiff of a new
6  address. Defendants have provided information in their motion that plaintiff was paroled
7  from the California Department of Corrections and Rehabilitation on November 12, 2005.
8  See Decl. of W. Barlow in Support of Defendant's Motion at 1-2.
9      Accordingly, defendants' motion to dismiss the instant civil rights action (docket no.
10 82) is GRANTED. The instant action is DISMISSED without prejudice pursuant to Rule
11 3-11 of the Northern District Local Rules and Federal Rule of Civil Procedure 41(b) for
12 plaintiff's failure to notify the court of his current address and failure to prosecute this action.
13 The clerk shall terminate any pending motions and close the file.
14     IT IS SO ORDERED.
15 Dated: 2/28/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1
2  This is to certify that on 2/28/08, a copy of this ruling was mailed to the following:
3  Todd Lee Johnson
   J-08912; B7-105
4  Pelican Bay State Prison
   P. O. Box 7500
5  Crescent City, CA  95531
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28