*E-FILED - 2/28/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE JOHNSON, | No. C 99-20567 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| KENNETH PRIOR, et al., | |
| Defendants. | |

The court has dismissed the instant civil rights action without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). A judgment of dismissal without prejudice is hereby entered. The clerk shall close the file.

IT IS SO ORDERED.

Dated: 2/28/08

_____
RONALD M. WHYTE
United States District Judge

1 | This is to certify that on 2/28/08, a copy of this ruling was mailed to the following:

Todd Lee Johnson
J-08912; B7-105
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95531